UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

FILED
VANESSA L. ARMSTRONG, CLERK
MAR 19 2014
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Cindy Mitchell

Name of Plaintiff(s)

v.  Civil Case No. 5:14CV-44-R

nortonsneuroscience Inst.
210 E. Gray Street Suite 1105
Louisville, KY. 40202

Name of Defendant(s)

**COMPLAINT**

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Because I represent myself I can't find a lawyer whose willing to take medical negligence my neck is messed up I must have 2 more surgeries to correct 1

2. Plaintiff, Cindy Mitchell resides at 2001 South 28th st., Paducah
   Street Address / City
   McCracken KY., 42003  270 558-4960
   County / State / Zip Code / Area Code, Phone Number

   (if more than one plaintiff, provide the same information for each plaintiff below):

1

3. Defendant, __Norton Neuroscience Inst.__ resides at, or its business is located at __210 E. Gray St. Suite 1B5__ __Louisville__
   Street Address                                              City
   _____, __KY.__, __40202__
   County        State      Zip Code

   (if more than one defendant, provide the same information for each defendant below):

   The defendant Alan Gocio know longer works for them but he did at the time he done the surgery on my neck

4. Statement of claim (state as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places (be as specific as possible). You may use additional paper if necessary):

   I Cindy Mitchell had Dr. Alan Gocio do surgery on my neck to repair 1 severe ruptured disc. The surgery was performed on my neck at Lourdes hospital in Paducah Ky. on Nov. 30th 2011 my mother Freda Doughty and friend Tony Blasi were in the Lourdes surgical waiting room Dr. Alan Gocio went out there and lied to them by telling them he fixed my neck by doing a cervical fusion and removing ostheo arthritic bone spurrs after seeing a new dr. because of continued pain and suffering he did not remove the bone spurrs now I must have 2 more neck surgeries to correct his surgery my spine is growing crooked also because of his surgery I'm asking for $65,000 for they are responsible for their employees

5. Prayers for relief (list what you want the Court to do):

   a. Grant me compensation for his wrong doing surgery $65,000.00 but willing to negotiate with them according to what Judge feels is fair

   b. _____

   c. _____

   d. _____

6. Request for a jury trial     ✓ Yes     ___ No
   If necessary

   I (we) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

   Signed this 19th day of March, 2014.

   Lindy Mitchell
   _____
   Signature of Plaintiff(s)