**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT PADUCAH**

**CINDY MITCHELL**                                                                                    **PLAINTIFF**

**v.**                                                                            **CIVIL ACTION NO. 5:14CV-44-R**

**NORTONS NEUROSCIENCE INST.** *et al.*                                             **DEFENDANTS**

**ORDER**

For the reasons set forth in the Memorandum Opinion entered this date and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to Fed. R. Civ. P. 12(h)(3) for lack of subject-matter jurisdiction.

There being no just reason for delay in its entry, this is a **final** Order.

The Court further **certifies** that an appeal of this action would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Date:

cc:  Plaintiff, *pro se*
     Defendants
4413.003